

George M. Reiber  
Chapter 13 Trustee  
3136 Winton Road South  
Rochester NY 14623  
(585) 427-7225

February 22, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*  
*1220 U.S. Courthouse, Bankruptcy Division*  
*100 State Street*  
*Rochester, NY 14614*

Re:   Francis A & Lynda D Losecco; BK #05-26340

Dear Clerk of Court:

   Enclosed please find my Trustee's check in the amount of $119.09. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Stephen Terry, CPA | $119.09 | Claim Register # 1 |

/s/ _____  
George M. Reiber, Trustee

